IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| EEVZDROP, LLC,<br>an Illinois limited liability company,<br><br>  Plaintiff,<br><br>  v.<br><br>EVZDROP, INC.,<br>a Delaware corporation,<br><br>  Defendant/Counter-Plaintiff. | Civil Action No.: 1:12-cv-08207<br><br>Judge Amy J. St. Eve |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Eevzdrop, LLC ("Eevzdrop" or "Plaintiff") and Evzdrop, Inc. ("Evzdrop" or "Defendant") hereby agree and request that all of Plaintiff's claims and Defendant's counterclaims in this action be dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

| | |
|---|---|
| /s/David M. Adler | /s/Joshua S. Frick |
| David M. Adler, Esq. (Illinois Bar No. 6242403) | Jeffery A. Handelman (Illinois Bar No. 6188010) |
| Heather R. Liberman (Illinois Bar No. 45657) | Joshua S. Frick (Illinois Bar No. 6292843) |
| Leavens, Strand, Glover & Adler, LLC | BRINKS HOFER GILSON & LIONE |
| 203 North LaSalle Street, Suite 2550 | 455 N. Cityfront Plaza Dr. |
| Chicago, Illinois 60601 | Chicago, IL 60611 |
| Phone: (866) 734-2568 | Tel: (312) 321-4200 |
| | Fax: (312) 321-4299 |
| Dated: March 22, 2013 | Dated: March 22, 2013 |
| Attorneys for<br>Plaintiff/Counter-Defendant | Attorneys for<br>Defendant/Counter-Plaintiff |

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that a true copy of the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE was filed electronically on this 22nd day of March, 2013. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        /s/ Joshua S. Frick